## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISANA

| | |
|---|---|
| JANA THERESA CHOWNS § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | Civil Action No. 3:16-cv-00685 |
| § | |
| § | |
| TRANUNION, LLC; and § | |
| EXPERIAN INFORMATION § | |
| SOLUTIONS, INC § | |
| § | |
| § | |
| § | |
| Defendants § | |

## NOTICE OF SETTLEMENT WITH
## EXPERIAN INFORMATION SOLUTIONS, INC.

NOW COMES Plaintiff, to file this Notice, and in support would show as follows.

1. Plaintiff is filing this notice to inform this Court that Plaintiff has settled this case with **Experian Information Solutions, Inc.**

2. Plaintiff will file the documentation required to terminate Defendant and to file a Stipulation of Dismissal once the closing documents are exchanged and executed.

3. Please clear all of the dates on the docket due to the fact that this case as been settled.

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such

filing to the attorneys on record:

Date Signed this the 17th day of April, 2017

                              Respectfully submitted,

                                /s/ *Jonathan Raburn*
                               Jonathan Raburn
                               LA Bar Roll No. 28728
                               The Raburn Law Firm, LLC
                               6205 Westport Ave. Suite 600
                               Shreveport, LA 71129
                               318-918-1968 phone
                               318-230-7036 fax
                               Jonathan@geauxlaw.com
                               Attorney for Plaintiff