## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| JANA THERESA CHOWNS | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:16-cv-00685-RGJ-KLH |
| | § | |
| | § | |
| TRANUNION, LLC; and | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC | § | |
| | § | |
| | § | |
| | § | |
| Defendants | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF JANA CHOWNS AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Jana Chowns and Defendant Experian Information Solutions, Inc., (hereinafter Experian) stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice.

There are no longer any issues in this matter between Plaintiff Jana Chowns and Defendant Experian to be determined by this Court. The Parties hereby stipulates that all claims or causes of action against Experian which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with all costs and attorney fees to be paid by the party incurring same.

Dated: 23rd day of August, 2017

Respectfully submitted,

/s/Jonathan Raburn
Jonathan Raburn
LA Bar Roll No. 28728
4005 Nicholson Dr. Suite 4610
Baton Rouge, LA 70808
318-918-1968 phone
318-230-7036 fax
Jonathan@geauxlaw.com
Attorney for Plaintiff

And ;

/s/ William Hooks
William H. Rooks
Associate
**JONES DAY® - One Firm Worldwide**℠
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia  30309 USA
Office 1+ (404) 521-3939
Direct 1+ (404) 581-8891

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

/s/ Jonathan Raburn
Jonathan Raburn