UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JANA CHOWNS | CIVIL ACTION NO. 16-0685 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TRANSUNION, LLC, ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

Upon consideration,

IT IS ORDERED, ADJUDGED, AND DECREED that the Joint Stipulation of Dismissal [Doc. No. 28] is GRANTED, and any and all claims and causes of action asserted by Plaintiff Jana Chowns against Defendant Experian Information Solutions, Inc. are DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

Monroe, Louisiana, this 23rd day of August, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE